IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STANLEY GRAEWIN,

    Plaintiff,

v.

DEPARTMENT OF WORKFORCE
DEVELOPMENT,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-388-bbc

This action came before the court for consideration with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Department of Workforce Development against plaintiff Stanley Graewin dismissing the case.

| s/ K. Frederickson, Deputy Clerk | July 24, 2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |